UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRELL CHRISTOPHER, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:CV-13-2211 |
| v. | : | (Judge Nealon) |
| UNITED STATES, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW, THIS 31st DAY OF MARCH, 2015**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss (Doc. 27) Plaintiff's prayer for relief of $900,000.00 is **GRANTED**. Plaintiff's prayer for relief is limited to the $150,000.00 amount he requested in the administrative tort claim.

2. Defendant's motion to dismiss (Doc. 27) Plaintiff's FTCA claim is **DENIED**.

3. Plaintiff's motion for leave to file a Certificate of Merit (Doc. 31) is **GRANTED**. Plaintiff shall file a Certificate of Merit that complies with Pa. R. Civ. P. 1042.3 on, or before, **APRIL 30, 2015**.

4. Plaintiff's failure to timely file a certificate of merit will result in dismissal of his FTCA claim.

5. Defendant's motion for summary judgment is **DISMISSED WITHOUT PREJUDICE** as premature.

/s/ William J. Nealon
**United States District Judge**